UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

LINDA J. ZIGDON and
PAMELA RUTH,

    Plaintiff,

vs.

LVNV FUNDING, LLC;
RESURGENT CAPITAL SERVICES LP.;
SHERMAN FINANCIAL GROUP LLC;
SHERMAN ORIGINATOR LLC;
ALEGIS GROUP LLC;
JAVITCH BLOCK & RATHBONE L.L.P.;
and MILLSTONE AND KANNENSOHN.

    Defendants.

CASE NO. 1:09-cv-50

Judge
Magistrate Judge

JURY TRIAL DEMANDED

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): LVNV Funding, LLC, a non-governmental corporate party to this case, and Resurgent Capital Services, LP, a non-governmental corporate party to this case disclose the following:

(a) Sherman Originator, LLC is the parent company of defendant LVNV Funding, LLC. There are no subsidiary or affiliate corporations.

(b) Sherman Financial Group, LLC and Alegis Group, LLC are the parent companies of defendant Resurgent Capital Services, LP. There are no subsidiary or affiliate corporations.

(c) No publicly held corporations own 10% or more of the defendant's stock.

(c) There are no publicly held corporations or affiliates that have a substantial financial interest in the case by reason of insurance, a franchise agreement or indemnity agreement.

DATED this 8th day of January, 2009

Respectfully submitted:

Of Counsel:

Cors & Bassett, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202-3578

/s/ Kevin R. Feazell
Kevin R. Feazell (#0059634)
Jesse R. Lipcius (#0078274)
Cors & Bassett, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com
jrl@corsbassett.com
Trial Attorney for Defendants
LVNV Funding, LLC, Resurgent Capital Services, LP, Sherman Financial Group, LLC, Sherman Originator, LLC and Alegis Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael Slodov, Esq.
Javitch Block & Rathbone, L.L.P.
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114

Jason Winter
Janik, Dorman & Winter, L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147

Attorney for defendant Millstone and Kannensohn

Anand N. Misra
The Misra Law Firm, LLC
3659 Green Road, Suite 100
Beachwood, Ohio 44122

Attorney for Plaintiffs

Robert S. Belovich
5638 Ridge Road
Parma, Ohio 44129

Attorney for Plaintiffs

s/Kevin R. Feazell
Kevin R. Feazell

326188.1